UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 20 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES STEVENS, JR., )<br>)<br>Defendant. ) | 4:19CR472 JAR/SPM |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about January 18, 2018, in the County of St. Louis, Missouri, within the Eastern District of Missouri,

**JAMES STEVENS, JR.,**

the defendant herein, maliciously attempted to damage and destroy, by means of fire, the building and personal property at 3721 South Grand Boulevard, Saint Louis, Missouri, d/b/a Aldi Supermarket, owned by Aldi Einkauf GmbH & Compagnie, oHG (also known as Aldi Nord) as well as other real and personal property of Aldi Supermarket, headquartered in Essen, Germany, which building and personal property were used in activity affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN T DAVIS, #40915MO
Assistant United States Attorney